UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAWRENCE CARL ALLEN, JR.,

    Plaintiff,

    v.                                                Case No. 20-CV-934-SCD

CHAD GENDREAU, et al.

    Defendants.

## REPORT AND RECOMMENDATION

Lawrence Carl Allen, Jr., is currently incarcerated at the Milwaukee Secure Detention Facility. *See* ECF No. 6. Proceeding without the assistance of counsel, on June 22, 2020, Allen filed this lawsuit against Chad Gendreu, an administrative law judge (ALJ) with the Social Security Administration, who apparently denied Allen's disability claim. *See* ECF No. 1. The complaint also included a handwritten page that alleged jail staff were negligent in responding to and treating a back injury Allen suffered while incarcerated in the early 2000s and that Allen was wrongfully convicted of a crime in Kenosha, Wisconsin, in September 2011. *See id.* at 6.

The matter was randomly assigned to me and, on initial review, *see* 28 U.S.C. § 1915, I dismissed the complaint because it violated Rules 18 and 20 of the Federal Rules of Civil Procedure, as Allen was attempting to bring unrelated claims against multiple defendants, *see* ECF No. 8. I gave Allen until August 31, 2020, to file an amended complaint and warned that failure to file an amended complaint by that date may result in dismissal of this action. ECF No. 8 at 3. August came to an end without anything being filed by Allen.

Accordingly, I **RECOMMEND** that this action be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c) for failure to prosecute and failure to comply with a court order. *See Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461, 475 (7th Cir. 2017) (holding that a magistrate judge cannot "resolve the case finally" "unless all parties to the action have consented to the magistrate judge's authority"). The clerk of court is directed to randomly assign this case to a district judge for consideration of this recommendation.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the court in writing.

Dated this 10th day of September, 2020.

*[signature]*
STEPHEN C. DRIES
United States Magistrate Judge