# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LAWRENCE CARL ALLEN, JR.,

      Plaintiff,

v.

CHAD GENDREAU,

      Defendant.

Case No. 20-CV-934-JPS

**ORDER**

  On August 4, 2020, Magistrate Judge Stephen C. Dries screened Plaintiff's complaint, concluding that it violated Federal Rules of Civil Procedure 18 and 20 and therefore must be dismissed. (Docket #8). Magistrate Judge Dries ordered that Plaintiff file an amended complaint on or before August 31, 2020, if he wanted to proceed with this lawsuit. (*Id*. at 3). The August 31, 2020 deadline passed, and Plaintiff did not file an amended complaint.

  On September 10, 2020, Magistrate Judge Dries entered a report and recommendation ("R&R") recommending that the action be dismissed.[1] (Docket #10). Magistrate Judge Dries informed Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), he had fourteen days to file an objection to the R&R. (*Id.* at 2). On September 22, 2020, Plaintiff filed a letter that was labeled an objection to the R&R, but the letter does not actually provide an objection. (Docket #11). Having received no actual objection thereto, and in

---

[1] Because not all parties have had the opportunity to consent to magistrate judge jurisdiction, the case has been reassigned to this Court for consideration of the dismissal R&R. *Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461 (7th Cir. 2017).

full agreement with Magistrate Judge Dries' analysis and conclusion therein, the Court will adopt the R&R and dismiss this action without prejudice.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries' Report and Recommendation (Docket #10) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 12th day of November, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge