UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LAWRENCE CARL ALLEN, JR,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD GENDREAU,<br><br>    Defendant. | Case No. 20-CV-934-JPS<br><br>**ORDER** |

  On November 12, 2020, the Court dismissed this case without prejudice after adopting Magistrate Judge Stephen D. Dries's Report and Recommendation (the "R&R") that this case be dismissed. (Docket #12, #13). Magistrate Judge Dries screened the complaint and determined that Plaintiff was "attempting to improperly bring unrelated claims in a single case," in contravention of Federal Rules of Civil Procedure 18 and 20. (Docket #8 at 2). Magistrate Judge Dries afforded Plaintiff time to amend the complaint, but Plaintiff did not file an amended complaint, so Magistrate Judge Dries drafted an R&R recommending dismissal without prejudice, meaning that Plaintiff would be able to bring his claims again, as separate cases. (Docket #10). Plaintiff timely objected to the R&R. (Docket #11). His prose is a bit meandering, but he explained that he was without counsel and struggled to prepare his case under the COVID-19 restrictions. (*Id.*) On November 12, 2020, the Court overruled Plaintiff's objection, finding that it did not adequately address Magistrate Judge Dries's concerns, and dismissed the case without prejudice. (Docket #12, #13).

  Almost a year later, beginning in September 2021, Plaintiff began filing various letters to the Court requesting docket information and

complaining of the outcome of this case. (Docket #15–#19). This case is closed, and the time for filing an appeal has long since passed. The Clerk of Court will send Plaintiff a copy of the docket so that he can better understand the posture of his case. Any additional submissions related to this case will be returned to him. Plaintiff should note that nothing prevents him from filing another case, but he must abide by the instructions in Magistrate Judge Dries's order and ensure that he does not bring two different claims against two different people in the same case.

Accordingly,

**IT IS ORDERED** that the Clerk of Court mail to Plaintiff a copy of the docket and return future submissions relating to this case to Plaintiff.

Dated at Milwaukee, Wisconsin, this 10th day of February, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge